In the Interest of S.K., S.K., C.W., C.K., and A.K., Minor Children.

No. ED 76579.

Missouri Court of Appeals,
Eastern District,
Division Five.

May 16, 2000.

Margaret Donnelly, Arthur H. Nissenbaum, Guardian Ad Litem, Clayton, for appellant.

Nancy J. Pew, Family Court of St. Louis County, Clayton, for respondent.

Before: MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr.J.

### ORDER

PER CURIAM.

Mother appeals the juvenile court's judgment terminating her parental rights to five of her children. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).